# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Lydia G. Magallanes

                 Plaintiff,

v.                                Case No.: 1:05−cv−04626
                                     Honorable William J. Hibbler

Illinois Bell Telephone Company

                 Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 9, 2009:

       MINUTE entry before the Honorable William J. Hibbler: Status hearing held on 7/9/2009. Defendant's motion for a protective order [122] is granted as stated in open Court. Documents DEF 3676−3677 are ordered to be returned to the defendant so that they can remove the portions that are subject to attorney−client privilege and produce the documents in redacted form back to the plaintiff. Plaintiff's oral motion to file a written response to the motion for a protective order is denied as stated in open Court. Plaintiff's oral motion to extend discovery cut−off date is granted. Discovery cut−off is extended to 7/20/2009. Final Extension. The dispositive motion filing date is extended to 8/21/2009. Response to be filed by 9/18/2009 and reply to be filed by 10/16/2009. Status hearing continued to 8/19/2009 at 9:30 A.M. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.